# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **BRANDON SINCLAIR SANDIFER,** ) | Civil Action No. 7:18cv00004 |
|     Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| **v.** ) | |
| ) | By: Norman K. Moon |
| **JANE DOE,** *et al.*, ) | United States District Judge |
|     Defendants. ) | |

By order entered January 24, 2018, the court conditionally filed this action and directed Sandifer to consent to withholding of the filing fee from his prison account before the court would proceed with his complaint filed pursuant to 42 U.S.C. § 1983. The court advised Sandifer that failure to comply with the court's order within twenty days would result in dismissal of his complaint without prejudice. Sandifer did not respond to the court's order. Inasmuch as the time to respond has passed and Sandifer has failed to comply with the court's order, I will dismiss this action without prejudice. I note that this dismissal is without prejudice to Sandifer's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

    **ENTER**: This 22nd day of February, 2018.

                                                             NORMAN K. MOON
                                                             UNITED STATES DISTRICT JUDGE