# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **BRANDON SINCLAIR SANDIFER,** | Civil Action No. 7:18cv00004 |
|    Plaintiff, | |
| | **ORDER** |
| v. | |
| | By: Norman K. Moon |
| **JANE DOE,** *et al.*, | United States District Judge |
|    Defendants. | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court. The court notes that this dismissal is without prejudice and, thus, does not prevent Sandifer from refiling his claims in a separate civil action subject to the applicable limitations period.

The Clerk is directed to send a copy of this order to plaintiff.

**ENTER**: This 22nd day of February, 2018.

_/s/ Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE